# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America,
Plaintiff

v.

**DE DIOS GAYTAN, Jorge**
Defendant

Mag. Case Number _____

07 MJ 2508

CRIMINAL COMPLAINT
for Violation of

Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief:

On or about October 27, 2007, within the Southern District of California Jorge De Dios-Gaytan, did knowingly and intentionally import approximately 12.35 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SPECIAL AGENT
US Immigration and Customs Enforcement

Craig S Larrabee
_____
Printed Name of Complainant

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 29th DAY OF Oct, 2007.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 27, 2007, at approximately 1020 hrs, Jorge DE DIOS-GAYTAN entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, California (CA). DE DIOS-GAYTAN was the driver and sole occupant of a gray 1988 Mazda 626 bearing California license plate 6AMN192. The vehicle was referred to the secondary inspection area where thirty-four (34) packages containing approximately 12.35 kilograms of marijuana were found concealed in the gas tank of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

DE DIOS-GAYTAN waived his constitutional rights and agreed to speak to SA Craig LARRABEE without a lawyer present. DE DIOS-GAYTAN was interviewed by SA LARRABEE with the assistance of the Spanish interpreter, San Diego Police Officer Javier NUNEZ. During the interview, DE DIOS-GAYTAN admitted that he knew the vehicle he was crossing into the United States contained marijuana. He further admitted that he was going to be paid $1000.00 for crossing the marijuana and delivering the vehicle to the Denny's Restaurant in Chula Vista, California. In addition, DE DIOS-GAYTAN stated that he tried to avoid the secondary inspection by removing the referral form from his windshield.

DE DIOS-GAYTAN was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and marijuana were seized under seizure number 2008-2504-000226-01.

Craig S. Larrabee
Special Agent
Immigration and Customs
Enforcement

US Magistrate Judge