1 **HEATHER R. ROGERS**
California State Bar No. 229519
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Facsimile:    (619) 687-2666
e-mail: heather_rogers@fd.org

6 Attorneys for Defendant Mr. Jorge de Dios-Gaytan

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  07mj2508 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| JORGE DE DIOS-GAYTAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Heather R. Rogers, and  Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated:  October 30, 2007         *s/ Heather R. Rogers*
HEATHER R. ROGERS
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
heather_rogers@fd.org