**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Mr. de Dios-Gaytan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07mj2508 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **JORGE DE DIOS-GAYTAN,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: October 30, 2007                                      *s/ Heather R. Rogers*
                                                             **HEATHER R. ROGERS**
                                                             Federal Defenders
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467 (tel)
                                                             (619) 687-2666 (fax)
                                                             e-mail: heather_rogers@fd.org